**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-20483-JEM

DOUG LONGHINI,

    Plaintiff,

v.

PUBLIX SUPER MARKET, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, PUBLIX SUPER MARKET, INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 22nd day of May, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Kevin M. Young* |
| ANTHONY J. PEREZ | KEVIN M. YOUNG |
| Florida Bar No.: 535451 | Florida Bar No.: 114151 |
| GARCIA-MENOCAL & PEREZ, P.L. | SEYFARTH SHAW LLP |
| 4937 S.W. 74th Court, Unit #3 | 1075 Peachtree St NE |
| Miami, FL 33155 | Suite 2500 |
| Telephone: (305) 553- 3464 | Atlanta, GA 30309 |
| Facsimile: (305)553-3031 | Telephone: (404) 885-6697 |
| Primary Email: ajperez@lawgmp.com | Primary Email: kyoung@seyfarth.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

        **GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary Email: aquezada@lawgmp.com;
bvirues@lawgmp.com

By: ___*/s/ Anthony J. Perez*_____
     ANTHONY J. PEREZ