UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-20483-CIV-MARTINEZ**

DOUG LONGHINI,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendants.

_____/

**ORDER ON NOTICE OF SETTLEMENT AND
DENYING ALL PENDING MOTIONS AS MOOT**

    **THIS CAUSE** came before the Court upon the parties' joint notice of settlement, [ECF No. 16], in which the parties advise that they have amicably resolved this matter. It is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 45 days of the date of this Order**.

    2.    If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

    3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

    4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of May 2020.

                                                     _____
                                                     **JOSE E. MARTINEZ**
                                                     **UNITED STATES DISTRICT JUDGE**